Receipt # 12314
Ck# 802467

IN THE UNITED STATES BANKRUPTCY COURTS
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUL 13 PM 3:33
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| JAMES D. LYKENS, SR. | ) | |
| CHARLOTTE S. LYKENS | ) | |
| | ) | |
| Debtors | ) | CH 13 Case No. 06-40949 |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

>JAMES D. LYKENS, SR.
>CHARLOTTE S. LYKENS
>32490 LEWIS ROAD
>SALINEVILLE, OH 43945
>
>$2.97
>
>**TOTAL:**     $2.97

2. A check in the amount of $23.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this __12th__ day of July, 2010.

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
JAMES D. LYKENS, SR. )
CHARLOTTE S. LYKENS )
)
Debtors ) CH 13 Case No. 06-40949
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 12th day of July, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: Jennifer Buchmann
Jennifer Buchmann - Assistant

Trustee:67   TR-009A

CREDITOR: 523237   Page 1 OF 1

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 802467
DATED: 2010/06/25

| NAME OF CREDITOR | CASE | CLM | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640949 | 926 | 6 | 43 | LYKENS SR, JAMES D / LYKENS, CHARLOTTE S | UNCLAIMED FUNDS | 2.97 | 0.00 | 2.97 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742461 | 926 | 6 | 8 | BELL, RICKY LEE / BELL, ANNA MAE | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742495 | 926 | 6 | 17 | JOHNSON-THOMAS, STARRY | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742998 | 926 | 6 | 17 | BROTHAG, SR., JOSEPH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840217 | 926 | 6 | 20 | GERMANO, JOHN K. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 5 | 23.00 | 0.00 | 23.00 |

CURRENT CHECK